UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT
OF MICHIGAN

JAMIE STOWE,

        Plaintiff,

v.

MICHIGAN DEPARTMENT of
HEALTH AND HUMAN SERVICES;
NICK LYON, in his official
capacity as Director of MDHHS; and
JEAN STACY, in her official capacity
as ADA Coordinator for MDHHS,

        Defendants.
_____/

Case No. 15-14088

Hon. LAURIE J MICHELSON

| | |
|---|---|
| Chris E. Davis (P52159)<br>MICHIGAN PROTECTION &<br>ADVOCACY SERVICE, INC.<br>Attorney for Plaintiff<br>4095 Legacy Parkway, Suite 500<br>Lansing, MI  48911<br>517-487-1755<br>cdavis@mpas.org | Gary Grant (P76261)<br>Assistant Attorney General<br>Attorneys for Defendants<br>Michigan Department of<br>Attorney General<br>Civil Litigation, Employment &<br>Elections Division<br>P.O. Box 30736<br>Lansing, MI 48909<br>517-373-6434<br>GrantG1@michigan.gov |

_____/

**STIPULATION AND ORDER FOR DISMISSAL**

The parties herby stipulate and agree to dismiss this matter with prejudice and with each party to bear their own expenses and costs.

| | |
|---|---|
| July 14, 2016 | July 14, 2016 |
| Date | Date |
| | |
| /s/ Chris E. Davis | /s/ Gary Grant (w / permission) |
| Chris E. Davis (P52159) | Gary Grant (P76261) |
| Attorney for Plaintiff | Attorney for Defendants |

## **ORDER**

At a session of said Court held this 14th day of July, 2016.

PRESENT:   HONORABLE LAURIE J. MICHELSON
U.S. District Court Judge

IT IS HEREBY ORDERED that this matter shall be and is hereby dismissed with prejudice.

> s/Laurie J. Michelson
> LAURIE J. MICHELSON
> UNITED STATES DISTRICT JUDGE

Dated:  July 14, 2016

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on the attorneys and/or parties of record by electronic means or U.S. Mail on July 14, 2016.

> s/Jane Johnson
> Case Manager to
> Honorable Laurie J. Michelson